Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  18−28717−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Mike Lewicki
77 Westover Avenue
West Caldwell, NJ 07006

Jennifer Lewicki
77 Westover Avenue
West Caldwell, NJ 07006

Social Security No.:
    xxx−xx−4788                                    xxx−xx−8176

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/4/22 at 10:00 AM

to consider and act upon the following:

*53* – Certification in Opposition to Certification of Default by Selene Finance (related document:52 Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Shauna M Deluca on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. Objection deadline is 04/6/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust) filed by Scott E. Tanne on behalf of Jennifer Lewicki, Mike Lewicki. (Attachments: # 1 Exhibit # 2 Facsimile Certification # 3 Certificate of Service) (Tanne, Scott)

Dated: 4/5/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court