Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 18−28717−RG
                          Chapter: 13
                          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mike Lewicki                                                    Jennifer Lewicki
   77 Westover Avenue                               77 Westover Avenue
   West Caldwell, NJ 07006                     West Caldwell, NJ 07006

Social Security No.:
   xxx−xx−4788                                                xxx−xx−8176

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 5/4/22 at 10:00 AM

to consider and act upon the following:

**53** − Certification in Opposition to Certification of Default by Selene Finance (related document:52 Creditor's Certification of Default (related document:44 Order on Motion For Relief From Stay) filed by Shauna M Deluca on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust. Objection deadline is 04/6/2022. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Creditor U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust) filed by Scott E. Tanne on behalf of Jennifer Lewicki, Mike Lewicki. (Attachments: # 1 Exhibit # 2 Facsimile Certification # 3 Certificate of Service) (Tanne, Scott)

Dated: 4/5/22

                                                                             Jeanne Naughton
                                                                              Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                  Case No. 18-28717-RG

Mike Lewicki                                                                                       Chapter 13

Jennifer Lewicki

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                             User: admin                             Page 1 of 2

Date Rcvd: Apr 05, 2022               Form ID: ntchrgbk                     Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 07, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Mike Lewicki, Jennifer Lewicki, 77 Westover Avenue, West Caldwell, NJ 07006-7712 |
| cr | + U.S. Bank Trust National Association, not in its i, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: gecsedi@recoverycorp.com | Apr 05 2022 20:43:43 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2022                            Signature:           /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 5, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor VRMTG ASSET TRUST dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Apr 05, 2022 Form ID: ntchrgbk Total Noticed: 3

| | |
|---|---|
| Kevin Gordon McDonald | on behalf of Creditor VRMTG ASSET TRUST kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor VRMTG ASSET TRUST rsolarz@kmllawgroup.com |
| Scott E. Tanne | on behalf of Joint Debtor Jennifer Lewicki ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Scott E. Tanne | on behalf of Debtor Mike Lewicki ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Shauna M Deluca | on behalf of Creditor VRMTG ASSET TRUST sdeluca@raslg.com |
| Shauna M Deluca | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust sdeluca@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11