| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| In Re:<br>**Mike Lewicki**<br>**Jennifer Lewicki** | Case No.　　　　　　**18-28717**<br><br>Chapter:　　　　　　**13**<br><br>Judge: |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Mike Lewicki**_____, debtor in this case certify as follows:

1.　　　　All payments required to be made by me under my plan have been made and are paid in full.

2.　　☒　　I am not required to pay domestic support obligations.

　　　　☐　　I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date:　　**September 25, 2023**　　　　　　　　　/s/ Mike Lewicki
　　　　　　　　　　　　　　　　　　　　　　　　**Mike Lewicki**
　　　　　　　　　　　　　　　　　　　　　　　　Debtor's Signature

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*