UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br>**Mike Lewicki**<br>**Jennifer Lewicki** | Case No. | **18-28717** |
| | Chapter: | **13** |
| | Judge: | |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _____**Jennifer Lewicki**_____, debtor in this case certify as follows:

1.    All payments required to be made by me under my plan have been made and are paid in full.

2.    ☒    I am not required to pay domestic support obligations.

     ☐    I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _____**September 25, 2023**_____          /s/ Jennifer Lewicki    *Jennifer Lewicki*
                                          Jennifer Lewicki
                                          Debtor's Signature          **SIGN HERE**

**IMPORTANT:**
- **Each debtor in a joint case must file separate Certifications in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a completed Certification in Support of Discharge.**

rev.8/1/18