Marie-Ann Greenberg, Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF OCTOBER 10, 2023

**Chapter 13 Case # 18-28717**

Re:  MIKE LEWICKI                             Atty:  SCOTT E TANNE ESQ
     JENNIFER LEWICKI                                70 BLOOMFIELD AVE, SUITE 203
     77 WESTOVER AVENUE                              PINE BROOK, NJ  07058
     WEST CALDWELL, NJ  07006

**PLEASE SEE SUMMARY SECTION FOR ESTIMATED BALANCE TO COMPLETE.**

**NOTE:  THIS IS A BASE PLAN IN THE AMOUNT OF $78,014.00**

## RECEIPTS  (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 10/22/2018 | $1,139.00 | 5330661000 | 11/19/2018 | $1,139.00 | 5400700000 |
| 12/18/2018 | $1,139.00 | 5476040000 | 01/15/2019 | $1,139.00 | 5545527000 |
| 02/14/2019 | $1,139.00 | 5621018000 | 03/18/2019 | $1,139.00 | 5710565000 |
| 04/15/2019 | $1,139.00 | 5782506000 | 05/20/2019 | $1,139.00 | 5869779000 |
| 06/19/2019 | $1,139.00 | 5948730000 | 07/17/2019 | $1,139.00 | 6022594000 |
| 08/13/2019 | $1,254.00 | 6093451000 | 09/09/2019 | $1,254.00 | 6163480000 |
| 09/09/2019 | $115.00 | 6163485000 | 10/21/2019 | $1,265.00 | 6265310000 |
| 11/19/2019 | $1,265.00 | 6340482000 | 12/19/2019 | $1,265.00 | 6416678000 |
| 01/15/2020 | $1,265.00 | 6484371000 | 02/20/2020 | $1,265.00 | 6572377000 |
| 04/10/2020 | $1,265.00 | 6704825000 | 05/04/2020 | $1,265.00 | 6766130000 |
| 06/01/2020 | $1,265.00 | 6825014000 | 07/02/2020 | $1,265.00 | 6909932000 |
| 08/10/2020 | $1,265.00 | 7001863000 | 09/08/2020 | $1,265.00 | 7072383000 |
| 10/05/2020 | $1,265.00 | 7138909000 | 11/10/2020 | $1,265.00 | 7223958000 |
| 12/14/2020 | $1,265.00 | 7305980000 | 01/11/2021 | $1,265.00 | 7370101000 |
| 02/10/2021 | $1,265.00 | 7443249000 | 03/17/2021 | $1,265.00 | 7529390000 |
| 04/08/2021 | $1,265.00 | 7586115000 | 05/03/2021 | $1,265.00 | 7645154000 |
| 06/07/2021 | $1,265.00 | 7723331000 | 07/07/2021 | $1,265.00 | 7794401000 |
| 08/02/2021 | $1,305.00 | 7850406000 | 08/25/2021 | $1,305.00 | 7901499000 |
| 10/04/2021 | $1,305.00 | 7989892000 | 11/08/2021 | $1,305.00 | 8070995000 |
| 12/13/2021 | $1,305.00 | 8140702000 | 01/18/2022 | $1,305.00 | 8215225000 |
| 02/08/2022 | $1,305.00 | 8263430000 | 03/07/2022 | $1,305.00 | 8325842000 |
| 04/13/2022 | $1,305.00 | 8400760000 | 05/02/2022 | $1,305.00 | 8433500000 |
| 06/06/2022 | $1,305.00 | 8513112000 | 07/22/2022 | $1,451.00 | 8601441000 |
| 09/12/2022 | $1,451.00 | 8703744000 | 10/13/2022 | $1,451.00 | 8765071000 |
| 11/15/2022 | $1,451.00 | 8826805000 | 11/28/2022 | $1,316.00 | 8845306000 |
| 12/12/2022 | $1,451.00 | 8878274000 | 01/19/2023 | $1,451.00 | 8948002000 |
| 02/16/2023 | $1,451.00 | 9000189000 | 04/04/2023 | $1,451.00 | 9093148000 |
| 04/24/2023 | $1,451.00 | 9126754000 | 05/15/2023 | $1,451.00 | 9169107000 |
| 06/13/2023 | $1,451.00 | 9219642000 | 06/29/2023 | $1,451.00 | 9246102000 |

**Chapter 13 Case # 18-28717**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 07/24/2023 | $1,451.00 | 9286470000 | 08/07/2023 | $1,451.00 | 9313155000 |
| 08/24/2023 | $1,451.00 | 9343899000 | | | |

**Total Receipts: $78,014.00  -  Amount Refunded to Debtor:  $0.00  =  Receipts Applied to Plan:  $78,014.00**

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 4,479.19 | |
| ATTY | ATTORNEY | ADMIN | 3,583.42 | 100.00% | 3,583.42 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | ALLY CAPITAL | VEHICLE SECURE | 0.00 | 100.00% | 0.00 | |
| 0004 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 7,846.88 | * | 426.45 | |
| 0007 | CAPITAL ONE BANK (USA) NA | UNSECURED | 9,573.04 | * | 520.26 | |
| 0008 | QUANTUM3 GROUP LLC | UNSECURED | 1,128.36 | * | 61.32 | |
| 0009 | COMENITY BANK/WOMNWT | UNSECURED | 0.00 | * | 0.00 | |
| 0010 | QUANTUM3 GROUP LLC | UNSECURED | 958.58 | * | 52.10 | |
| 0012 | US BANK TRUST NATIONAL ASSOCIATIO | MORTGAGE ARRE | 65,681.58 | 100.00% | 65,681.58 | |
| 0017 | FAIRFIELD DENTAL GROUP PA | UNSECURED | 0.00 | * | 0.00 | |
| 0018 | GENE TOX WORLDWIDE, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0019 | HSN | UNSECURED | 0.00 | * | 0.00 | |
| 0020 | HSNI, LLC | UNSECURED | 0.00 | * | 0.00 | |
| 0021 | IRS | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0022 | NORTHWEST RADIOLOGY ASSOCIATES | UNSECURED | 0.00 | * | 0.00 | |
| 0023 | ONLINE COLLECTIONS | UNSECURED | 0.00 | * | 0.00 | |
| 0024 | LVNV FUNDING LLC | UNSECURED | 3,072.62 | * | 166.98 | |
| 0027 | SPRINT | UNSECURED | 0.00 | * | 0.00 | |
| 0028 | STATE OF NEW JERSEY | PRIORITY | 0.00 | 100.00% | 0.00 | |
| 0031 | VERIZON WIRELESS | UNSECURED | 0.00 | * | 0.00 | |
| 0034 | ALLY FINANCIAL | UNSECURED | 0.00 | * | 0.00 | |
| 0035 | ALLY BANK LEASE TRUST | UNSECURED | 2,430.72 | * | 132.10 | |
| 0036 | CAPITAL ONE BANK (USA) NA | UNSECURED | 3,538.99 | * | 192.33 | |
| 0037 | PRA RECEIVABLES MANAGEMENT LLC | UNSECURED | 11,474.52 | * | 623.59 | |
| 0038 | US BANK TRUST NATIONAL ASSOCIATIO | (NEW) MTG Agree | 738.00 | 100.00% | 738.00 | |

**Total Paid: $76,657.32**
See Summary

## LIST OF PAYMENTS TO CLAIMS   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| ALLY BANK LEASE TRUST | | | | | | | |
| | 09/18/2023 | $132.10 | 915838 | | | | |
| CAPITAL ONE BANK (USA) NA | | | | | | | |
| | 09/18/2023 | $192.33 | 916194 | | 09/18/2023 | $520.26 | 916194 |
| LVNV FUNDING LLC | | | | | | | |
| | 09/18/2023 | $166.98 | 916481 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC | | | | | | | |
| | 09/18/2023 | $426.45 | 8003690 | | 09/18/2023 | $623.59 | 8003690 |
| QUANTUM3 GROUP LLC | | | | | | | |
| | 09/18/2023 | $61.32 | 8003692 | | 09/18/2023 | $52.10 | 8003692 |

**Chapter 13 Case # 18-28717**

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---|---|---|---|---|---|---|---|
| US BANK TRUST NA | | | | | | | |
| | 10/18/2021 | $1,207.00 | 879056 | | 10/18/2021 | $19.70 | 879056 |
| | 11/17/2021 | $19.91 | 880760 | | 11/17/2021 | $1,219.84 | 880760 |
| | 12/13/2021 | $1,219.84 | 882390 | | 12/13/2021 | $19.91 | 882390 |
| | 02/14/2022 | $19.91 | 885732 | | 02/14/2022 | $1,219.84 | 885732 |
| | 03/14/2022 | $2,439.68 | 887447 | | 03/14/2022 | $39.82 | 887447 |
| | 04/18/2022 | $20.22 | 889135 | | 04/18/2022 | $1,239.10 | 889135 |
| | 05/16/2022 | $1,239.10 | 890850 | | 05/16/2022 | $20.22 | 890850 |
| US BANK TRUST NATIONAL ASSOCIATION | | | | | | | |
| | 06/20/2022 | $32.68 | 893649 | | 06/20/2022 | $1,226.64 | 893649 |
| | 07/18/2022 | $382.15 | 895271 | | 07/18/2022 | $10.18 | 895271 |
| | 09/19/2022 | $36.33 | 898502 | | 09/19/2022 | $1,363.89 | 898502 |
| | 10/17/2022 | $1,363.89 | 900102 | | 10/17/2022 | $36.33 | 900102 |
| | 11/14/2022 | $35.58 | 901676 | | 11/14/2022 | $1,335.61 | 901676 |
| | 01/09/2023 | $2,546.97 | 904694 | | 01/09/2023 | $67.84 | 904694 |
| | 02/13/2023 | $35.58 | 906284 | | 02/13/2023 | $1,335.61 | 906284 |
| | 03/13/2023 | $1,335.61 | 907852 | | 03/13/2023 | $35.58 | 907852 |
| | 04/17/2023 | $35.58 | 909514 | | 04/17/2023 | $1,335.61 | 909514 |
| | 05/15/2023 | $1,335.61 | 911003 | | 05/15/2023 | $35.58 | 911003 |
| | 06/12/2023 | $35.58 | 912518 | | 06/12/2023 | $1,335.61 | 912518 |
| | 07/17/2023 | $2,642.96 | 914045 | | 07/17/2023 | $70.40 | 914045 |
| | 08/14/2023 | $35.20 | 915511 | | 08/14/2023 | $1,321.48 | 915511 |
| | 09/18/2023 | $524.27 | 917045 | | 09/18/2023 | $13.96 | 917045 |
| VRMTG ASSET TRUST | | | | | | | |
| | 01/14/2019 | $748.16 | 817371 | | 02/11/2019 | $1,074.08 | 819257 |
| | 03/18/2019 | $2,148.16 | 821220 | | 05/20/2019 | $2,148.16 | 825227 |
| | 07/15/2019 | $1,093.44 | 829120 | | 08/19/2019 | $2,186.88 | 831044 |
| | 09/16/2019 | $827.04 | 833088 | | 10/21/2019 | $1,348.47 | 835068 |
| | 12/16/2019 | $1,199.22 | 839090 | | 01/13/2020 | $1,199.22 | 840958 |
| | 02/10/2020 | $1,199.22 | 842834 | | 03/16/2020 | $1,199.22 | 844708 |
| | 04/20/2020 | $1,199.22 | 846655 | | 05/18/2020 | $1,138.50 | 848595 |
| | 06/15/2020 | $1,138.50 | 850264 | | 07/20/2020 | $1,170.12 | 852041 |
| | 08/17/2020 | $1,170.12 | 853915 | | 09/21/2020 | $1,170.12 | 855692 |
| | 10/19/2020 | $1,170.12 | 857595 | | 11/16/2020 | $1,170.12 | 859389 |
| | 12/21/2020 | $1,170.12 | 861176 | | 02/22/2021 | $2,340.24 | 864616 |
| | 03/15/2021 | $1,170.12 | 866524 | | 04/19/2021 | $1,170.12 | 868135 |
| | 05/17/2021 | $1,170.12 | 870070 | | 06/21/2021 | $1,170.00 | 871845 |
| | 06/21/2021 | $19.10 | 871845 | | 07/19/2021 | $245.46 | 873673 |
| | 08/16/2021 | $1,170.00 | 875360 | | 08/16/2021 | $23.11 | 875360 |
| | 09/20/2021 | $19.70 | 877074 | | 09/20/2021 | $1,207.00 | 877074 |

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: October 10, 2023.

Receipts: $78,014.00   -   Paid to Claims: $68,594.71   -   Admin Costs Paid: $8,062.61   =   Funds on Hand: $1,356.68

Base Plan Amount: $78,014.00   -   Receipts: $78,014.00   =   Total Unpaid Balance: **$0.00

**NOTE**:  THIS IS AN APPROXIMATE BALANCE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY  AFFECT THE AMOUNT TO COMPLETE THE PLAN.