Form ntcfncurv – testntcfncurv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−28717−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Mike Lewicki | Jennifer Lewicki |
| 77 Westover Avenue | 77 Westover Avenue |
| West Caldwell, NJ 07006 | West Caldwell, NJ 07006 |

Social Security No.:
xxx−xx−4788                                                                   xxx−xx−8176

Employer's Tax I.D. No.:

**NOTICE OF RECEIPT OF RESPONSE TO
NOTICE OF FINAL CURE PAYMENT**

TO: Mike Lewicki and Jennifer Lewicki
    Debtor(s)

You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post−petition amounts.

Dated: October 30, 2023
JAN: dlr

Jeanne Naughton, Clerk