| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Mike Lewicki<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4788<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Jennifer Lewicki<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8176<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–28717–RG | | |

## Order of Discharge                                                                                              12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Mike Lewicki                                             Jennifer Lewicki

<u>11/9/23</u>                                             **By the court:** <u>Rosemary Gambardella</u>
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 18-28717-RG
Mike Lewicki  Chapter 13
Jennifer Lewicki
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Nov 09, 2023  Form ID: 3180W  Total Noticed: 49

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Mike Lewicki, Jennifer Lewicki, 77 Westover Avenue, West Caldwell, NJ 07006-7712 |
| 517765837 | | Ditech, Attn: Bankruptcy, PO Box 6172, Rapid City, SD 57709 |
| 517765842 | + | Fairfield Dental Group PA, 193 Fairfield Road, Fairfield, NJ 07004-2472 |
| 517765843 | + | Gene Tox Worldwide, LLC, 136 Ridge Road, Suite 1A, Lyndhurst, NJ 07071-1269 |
| 517765845 | + | HSNI, LLC, 4620 Woodland Corporate Blvd., Tampa, FL 33614-2415 |
| 517765847 | ++ | NORTHWEST RADIOLOGY ASSOCIATES, 45 PINE STREET SUITE 8, ROCKAWAY NJ 07866-3149 address filed with court:, Northwest Radiology Associates, 45 Pine Street, Suite 8, Rockaway, NJ 07866 |
| 517765853 | | State of New Jersey, Division of Taxation, Bankruptcy Unit, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2023 01:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2023 01:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Nov 10 2023 01:03:00 | U.S. Bank Trust National Association, not in its i, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 517796399 | | EDI: GMACFS.COM | Nov 10 2023 05:36:00 | Ally Bank Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 517801946 | | EDI: GMACFS.COM | Nov 10 2023 05:36:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 517765826 | + | EDI: GMACFS.COM | Nov 10 2023 05:36:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 517765827 | + | EDI: GMACFS.COM | Nov 10 2023 05:36:00 | Ally Financial, P O Box 380901, Bloomington, MN 55438-0901 |
| 517765828 | + | EDI: GMACFS.COM | Nov 10 2023 05:36:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 517765830 | + | EDI: TSYS2 | Nov 10 2023 05:36:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 517765829 | + | EDI: TSYS2 | Nov 10 2023 05:36:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517765832 | | EDI: CAPITALONE.COM | Nov 10 2023 05:36:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517765831 | + | EDI: CAPITALONE.COM | | |

Case 18-28717-RG   Doc 73   Filed 11/11/23   Entered 11/12/23 11:34:39   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: 3180W | Total Noticed: 49 |

| | | | | |
|---|---|---|---|---|
| | | | Nov 10 2023 05:36:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517824251 | | EDI: CAPITALONE.COM | | |
| | | | Nov 10 2023 05:36:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517765833 | | EDI: WFNNB.COM | | |
| | | | Nov 10 2023 05:36:00 | Comenity - King Size, PO Box 659728, San Antonio, TX 78265 |
| 517765834 | + | EDI: WFNNB.COM | | |
| | | | Nov 10 2023 05:36:00 | Comenity Bank/womnwt, Po Box 182789, Columbus, OH 43218-2789 |
| 517765835 | + | EDI: WFNNB.COM | | |
| | | | Nov 10 2023 05:36:00 | Comenitybank/wayfair, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517765836 | + | EDI: WFNNB.COM | | |
| | | | Nov 10 2023 05:36:00 | Comenitybank/wayfair, Po Box 182789, Columbus, OH 43218-2789 |
| 517765838 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Nov 10 2023 01:05:00 | EOS CCA, PO Box 981008, Boston, MA 02298-1008 |
| 517765839 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Nov 10 2023 01:04:00 | Equifax, PO BOX 740241, Atlanta, GA 30374 |
| 517765840 | + | Email/Text: bknotice@ercbpo.com | | |
| | | | Nov 10 2023 01:05:00 | ERC, P.O Box 57610, Jacksonville, FL 32241-7610 |
| 517765841 | ^ | MEBN | | |
| | | | Nov 10 2023 00:51:45 | Experian, PO BOX 9701, Allen, TX 75013-9701 |
| 517765844 | | Email/Text: bankruptcy@hsn.net | | |
| | | | Nov 10 2023 01:05:00 | HSN, PO Box 9090, Clearwater, FL 33758-9090 |
| 517765846 | | EDI: IRS.COM | | |
| | | | Nov 10 2023 05:36:00 | IRS, Department of the Treasury, Internal Revenue Service, 310 Lowell Street, Andover, MA 01810-9041 |
| 518578827 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 10 2023 01:32:26 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 518578826 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 10 2023 01:44:29 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 517765848 | + | Email/Text: bankruptcy@onlineis.com | | |
| | | | Nov 10 2023 01:05:00 | Online Collections, Po Box 1489, Winterville, NC 28590-1489 |
| 517868365 | | EDI: PRA.COM | | |
| | | | Nov 10 2023 05:36:00 | Portfolio Recovery Associates, LLC, c/o Priceline, POB 41067, Norfolk VA 23541 |
| 517881891 | | EDI: PRA.COM | | |
| | | | Nov 10 2023 05:36:00 | Portfolio Recovery Associates, LLC, c/o Wyndham, POB 41067, Norfolk VA 23541 |
| 517765849 | | EDI: RMSC.COM | | |
| | | | Nov 10 2023 05:36:00 | Pay Pal Credit, P.O Box 71202, Charlotte, NC 28272-1202 |
| 517765850 | + | Email/Text: pcabkt@phillips-cohen.com | | |
| | | | Nov 10 2023 01:04:00 | Phillips & Cohen Associates, 1002 Justison Street, Wilmington, DE 19801-5148 |
| 517852576 | | EDI: Q3G.COM | | |
| | | | Nov 10 2023 05:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517765851 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Nov 10 2023 01:03:00 | RAS Citron, 130 Clinton Rd, Suite 202, Fairfield, NJ 07004-2927 |
| 517765852 | | EDI: AISSPRINT | | |
| | | | Nov 10 2023 05:36:00 | Sprint, PO BOX 219554, Kansas City, MO 64121-9554 |
| 517885632 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Nov 10 2023 01:05:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 518537599 | + | EDI: RMSC.COM | | |
| | | | Nov 10 2023 05:36:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 518321175 | + | EDI: RMSC.COM | | |
| | | | Nov 10 2023 05:36:00 | Synchrony Bank, c/o of PRA Receivables |

Case 18-28717-RG    Doc 73    Filed 11/11/23    Entered 11/12/23 11:34:39    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: 3180W | Total Noticed: 49 |

| Recip ID | Bypass | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517765854 | | ^ MEBN | Nov 10 2023 00:51:34 | Trans Union, PO BOX 2000, Chester, PA 19016-2000 |
| 518252222 | + | Email/Text: RASEBN@raslg.com | Nov 10 2023 01:03:00 | U.S. Bank Trust National Association, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 519321593 | + | Email/Text: bkteam@selenefinance.com | Nov 10 2023 01:04:00 | U.S. Bank Trust National Association,, Selene Finance, LP, 9990 Richmond Ave. Suite 400, South Attn: BK Dept, Houston TX 77042-4546, U.S. Bank Trust National Association, |
| 519321592 | + | Email/Text: bkteam@selenefinance.com | Nov 10 2023 01:04:00 | U.S. Bank Trust National Association,, (Notices & Payments), Selene Finance LP, Attn: BK Dept, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 517892779 | + | Email/Text: bkteam@selenefinance.com | Nov 10 2023 01:04:00 | VRMTG Asset Trust, 9990 Richmond Ave. Suite 400 South, Houston TX 77042-4546 |
| 517765855 | | EDI: VERIZONCOMB.COM | Nov 10 2023 05:36:00 | Verizon Wireless, PO BOX 408, Newark, NJ 07101-0408 |

TOTAL: 42

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2023         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aleisha Candace Jennings | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust ajennings@raslg.com |
| Denise E. Carlon | on behalf of Creditor VRMTG ASSET TRUST dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust hkaplan@rasnj.com, kimwilson@raslg.com |
| Kevin Gordon McDonald | |

| District/off: 0312-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: 3180W | Total Noticed: 49 |

| | |
|---|---|
| | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor VRMTG ASSET TRUST kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marie-Ann Greenberg | on behalf of Trustee Marie-Ann Greenberg magecf@magtrustee.com |
| Scott E. Tanne | on behalf of Debtor Mike Lewicki ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Scott E. Tanne | on behalf of Joint Debtor Jennifer Lewicki ecf@tannelaw.com tannesr87179@notify.bestcase.com;tanne.ecf.email@gmail.com |
| Shauna M Deluca | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust sdeluca@hasbanilight.com, hllawpc@gmail.com |
| Shauna M Deluca | on behalf of Creditor VRMTG ASSET TRUST sdeluca@hasbanilight.com hllawpc@gmail.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee for VRMTG Asset Trust smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13